JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHNNY DAVIS, <br><br> Defendant. | NO. CR18-132RAJ <br><br> ORDER GRANTING MOTION TO WITHDRAW |

The Court, having considered counsel for Defendant Johnny Davis' unopposed motion to withdraw, the files and pleadings herein, and finding good cause,

IT IS HEREBY ORDERED that defense counsel's motion (Dkt. #377) is GRANTED. Aimee Sutton shall be permitted to withdraw as counsel of record for Defendant Johnny Davis upon appointment of successor counsel by the CJA coordinator.

DATED this 13th day of February, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW
Page 1

Attorneys-at-Law
THE MARSHALL DEFENSE FIRM
1001 Fourth Avenue, 44th Floor
Seattle, Washington 98154-1192
Telephone (206)826-1400
Fax (206)826-1462