UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY DAVIS,<br><br>Defendant. | Case No. 18-132-RAJ<br><br>**ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE** |

The Court GRANTS defendant's motion to modify conditions of release, Dkt. 615, and ORDERS:

(1)     Conditions of release are modified eliminating restricted contact between defendant and Mysti Hurt. All other conditions shall remain in effect.

(2)     The clerk shall provide a copy of this order to all parties and the US Pretrial and Probation Office.

DATED this 27th day of August, 2019

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE - 1