Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNNY DAVIS,<br><br>Defendant. | Case No. CR18-132RAJ<br><br>ORDER GRANTING MOTION TO SEAL SUPPLEMENTAL DECLARATION AND MEDICAL RECORDS |

The Court has reviewed Defendant's Motion to Seal (Dkt. #702) and Defendant's Supplemental Declaration and Medical Records (Dkt #703) filed in support of the Motion to Continue Sentencing (Dkt #701), and the files and records herein, and having found good cause,

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #702) is GRANTED.

DATED this 21st day of November, 2019.

*Richard A. Jones*
———————————————
The Honorable Richard A. Jones
United States District Judge

*U.S. v. Johnny Davis,* CR18-132 RAJ
Order Granting Motion to Seal
Page 1 of 1

Tolin Law Firm
1000 Second Avenue, Suite 3140
Seattle, WA 98104-1036
Phone: 206.436.0630