HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR18-132RAJ |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING |
| vs. | |
| JOHNNY DAVIS, | |
| Defendant. | |

The Court has considered Defendant Johnny Davis' Unopposed Motion to Continue Sentencing Hearing to Facilitate Medical Treatment, and having reviewed the files and records herein and found good cause,

IT IS ORDERED that Defendant's Unopposed Motion to Continue Sentencing to Facilitate Medical Treatment (Dkt. #701) is GRANTED. Sentencing is reset for February 28, 2020, at 11:00 a.m.

DATED this 21st day of November, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

*U.S. v. Johnny Davis,* CR18-132 RAJ
Order Continuing Sentencing
Page 1 of 1

Tolin Law Firm
1000 Second Avenue, Suite 3140
Seattle, WA 98104-1036
Phone: 206.436.0630