Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNNY DAVIS,<br><br>　　　　　　　　Defendant. | Case No. CR 18-132RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO DELAY VOLUNTARY SURRENDER DATE |

THIS MATTER comes before the Court upon Defendant Johnny Davis' Unopposed Motion to Extend Voluntary Surrender Date.  The Court, having considered the Motion, and finding good cause based on the reasons outlined therein,

IT IS HEREBY ORDERED that Defendant's Unopposed Motion (Dkt. #793) is GRANTED.  Defendant Johnny Davis' voluntary surrender date shall be delayed to a date on or after September 30, 2020, to be determined by the Bureau of Prisons.

DATED this 29th day of May, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

*U.S. v. Johnny Davis,* CR18-132 RAJ
Order Granting Motion to Delay Voluntary Surrender Date
Page 1 of 1

Tolin Law Firm
1000 Second Avenue, Suite 3140
Seattle, WA 98104-1036
Phone: 206.436.0630