Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR18-132RAJ |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO DELAY VOLUNTARY SURRENDER DATE |
| JOHNNY DAVIS, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant Johnny Davis' Unopposed Motion to Extend Voluntary Surrender Date.  The Court, having considered the Motion, and finding good cause based on the reasons outlined herein,

IT IS HEREBY ORDERED that Johnny Davis' Unopposed Motion (Dkt# 834) is GRANTED.  Defendant Johnny Davis's voluntary surrender date shall be delayed to a date on or after December 30, 2020, to be determined by the Bureau of Prisons.

DATED this 14th day of September, 2020.

The Honorable Richard A. Jones
United States District Judge

*U.S. v. Johnny Davis,* CR18-132 RAJ
Order Granting Motion to Delay Voluntary Surrender Date
Page 1 of 1

Tolin Law Firm
1000 Second Avenue, Suite 3140
Seattle, WA 98104-1036
Phone: 206.436.0630