HON. RICHARD A. JONES

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>JOHNNY DAVIS,<br><br>                    Defendant. | Case No. CR 18-132RAJ<br><br>ORDER GRANTING AGREED MOTION TO DELAY VOLUNTARY SURRENDER DATE |

13   THIS MATTER comes before the Court upon the parties' Agreed Motion to Delay

14 Voluntary Surrender Date. The Court, having considered the Motion, finds good cause based on

15 the reasons outlined herein;

16   IT IS HEREBY ORDERED that the Agreed Motion (Dkt # 872) is GRANTED.

17 Defendant Johnny Davis's voluntary surrender date shall be delayed to March 15, 2021, or a

18 date thereafter as determined by the Bureau of Prisons.

19   DATED this 24th day of December, 2020.

20

21   The Honorable Richard A. Jones
     United States District Judge
22

23