The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY DAVIS,<br><br>Defendant. | No. CR18-132-RAJ<br><br><br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

- $8,175 in U.S. currency, seized from Defendant Johnny Davis on or about June 6, 2018, from a residence in Kent, Washington.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- In the plea agreement that Defendant Davis entered on July 3, 2019, he agreed to forfeit his interest in the above-listed property as proceeds of *Conspiracy to Distribute Controlled Substances*, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846, to which he entered a guilty plea (Dkt. No. 558, ¶ 6);

Final Order of Forfeiture - 1
*United States v. Davis,* CR18-132-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On December 5, 2019, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting the Defendant's interest in the property (Dkt. No. 712);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 729), and also provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibit A); and

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 29th day of January, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Final Order of Forfeiture - 2
*United States v. Davis,* CR18-132-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970