Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, Plaintiff, v. JOHNNY DAVIS, Defendant. | Case No. CR18-132RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT 1 TO AGREED MOTION TO DELAY VOLUNTARY SURRENDER |
|---|---|

THIS MATTER comes before the Court upon Defendant's Motion to Seal. Having considered the motion, and the files and records herein, and having found good cause, the Motion to Seal (Dkt. # 908) is GRANTED.  Exhibit 1 to the Agreed Motion to Delay Voluntary Surrender (Declaration of Anna Tolin containing confidential medical information at Dkt. # 909) shall remain under seal.

DATED this 11th day of March, 2021.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

*U.S. v. Johnny Davis,* CR18-132 RAJ
Order Granting Motion to Seal
Page 1 of 1

Tolin Law Firm
1000 Second Avenue, Suite 3140
Seattle, WA 98104-1036
Phone: 206.436.0630