Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br> v.<br><br>JOHNNY DAVIS,<br><br>                  Defendant. | Case No. CR18-132RAJ<br><br>ORDER GRANTING AGREED MOTION TO DELAY VOLUNTARY SURRENDER DATE |

THIS MATTER comes before the Court upon the parties' Agreed Motion to Delay Voluntary Surrender Date. The Court, having considered the Motion, and finding good cause based on the reasons outlined in the parties' agreed motion,

IT IS HEREBY ORDERED that the Agreed Motion (Dkt # 907) is GRANTED. Defendant Johnny Davis's voluntary surrender date shall be delayed to September 15, 2021, or a date thereafter as determined by the Bureau of Prisons.

DATED this 11th day of March, 2021.

                                        */s/ Richard A. Jones*
                                        The Honorable Richard A. Jones
                                        United States District Judge