Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHNNY DAVIS,<br><br>　　　　　　Defendant. | Case No. CR18-132RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THIS MATTER comes before the Court upon Defendant Johnny Davis's Motion to Seal Exhibit B to his Motion for Compassionate Release. Having considered the motion and the files and pleadings herein, and having found good cause, the Motion to Seal (Dkt. 950) is GRANTED. Defendant's medical records filed at Dkt. 952 shall remain under seal.

DATED this 8th day of February, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
*U.S. v. Johnny Davis,* CR18-132 RAJ
Page 1 of 1

Tolin Law Firm
1000 Second Avenue, Suite 3140
Seattle, WA 98104-1036
Phone: 206.436.0630