Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR18-132RAJ |
| Plaintiff, | ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |
| v. | |
| JOHNNY DAVIS, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant Johnny Davis's Motion for Leave to File Overlength Brief. Having considered the motion and the files and pleadings herein, and having found good cause, the Motion for Leave to File Overlength Brief (Dkt. 951) is GRANTED and the 25-page brief in support of his Motion for Compassionate Release will be considered.

DATED this 8th day of February, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR
LEAVE TO FILE OVERLENGTH BRIEF
*U.S. v. Johnny Davis,* CR18-132 RAJ
Page 1 of 1

Tolin Law Firm
1000 Second Avenue, Suite 3140
Seattle, WA 98104-1036
Phone: 206.436.0630