The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>JOHNNY DAVIS,<br><br>               Defendant. | NO. CR18-132RAJ<br><br>ORDER |

This matter comes before the Court on the stipulated motion of the parties to renote Defendant Johnny Davis' "Emergency Motion for Compassionate Release," Docket No. 949, and to set a briefing schedule. Based on the motion, now therefore, it is hereby

ORDERED that the parties' stipulated motion (Dkt. No. 964) is GRANTED. Defendant's motion shall be re-noted to February 25, 2022. The United States shall file its response to said motion not later than February 23, 2022. Defendant's Reply brief shall be filed not later than February 25, 2022.

DATED this 14th day of February, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO RENOTE MOTION AND SET BRIEFING SCHEDULE
*United States v.Davis* / CR 18-132RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970