The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY DAVIS,<br><br>Defendant. | NO. CR18-132RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) |

This matter has come before the Court on the motion to seal Exhibit to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A), due to the sensitive medical records information contained therein.

///
///
///
///
///

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Davis,* CR18-132RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     IT IS HEREBY ORDERED that the Motion to Seal (Dkt. 972) is GRANTED.
2 The exhibit to the Government's Response to Defendant's Motion for Compassionate
3 Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) filed under Dkt. 973 shall remain filed
4 under seal.

    DATED this 28th day of February, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 2
*United States v. Davis,* CR18-132RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970